UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
**ELECTRONICALLY FILED**

| | |
|---|---|
| TONYA HALL, Individually and as Administratrix of the ESTATE OF PHILLIP HALL, Deceased<br><br>Plaintiffs<br><br>v.<br><br>CYGNUS HOME SERVICE, LLC d/b/a SCHWAN'S HOME SERVICE, et al.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 4:22cv-87-JHM<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendants, Cygnus Home Service, LLC d/b/a Schwan's Home Service and Thomas A. Williams ("Defendants"), by counsel, for their Notice of Removal of this action from the Ohio Circuit Court, Ohio County, Kentucky, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully state as follows:

1.  On June 27, 2022, Plaintiffs filed an action against Defendants in Ohio Circuit Court, Civil Action No. 22-CI-00176. Cygnus Home Service, LLC was served with summons on July 1, 2022 and Thomas A. Williams was served with summons on July 5, 2022. Defendants filed their Answer on July 18, 2022.

2.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332(a) and (c) because there is diversity of citizenship between Plaintiffs and Defendants and the total amount in controversy exceeds the jurisdictional minimum of $75,000.00, exclusive of interest and costs, though Defendants deny liability to Plaintiffs for damages in any amount.

1

3. For diversity purposes, a person is a "citizen" of the state in which the person is domiciled. 28 U.S.C. § 1332(a)(1). Plaintiff Tonya Hall is a citizen of Kentucky. [Compl., ¶1].

4. Plaintiff Tonya Hall is the Administratrix of the Estate of Phillip Hall. At the time of his death on August 10, 2021, Phillip Hall was a resident of Ohio County, Kentucky. [Compl., ¶2].

5. In accordance with *Cosgrove v. Bartolotta*, 150 F.3d 729 (7th Cir. 1998), for diversity purposes, a limited liability company is a citizen of each state in which its members are citizens. The citizenship of an LLC is determined by that of each of its members. *Delay v. Rosenthal Collins Grp., Inc.,* 585 F.3d 1003, 1005 (6th Cir. 2009.)

6. Defendant Cygnus Home Service, LLC is a limited liability company organized under the laws of Minnesota, with a principal place of business in Marshall, Minnesota. Cygnus Home Service, LLC's parent corporation is Cygnus Holdings, LLC. Cygnus Holdings, LLC is a limited liability company organized under the laws of South Dakota, with its principal place of business in Sioux Falls, South Dakota. Cygnus Holdings, LLC is owned by Cygnus Partners, LLC and Paul Schwan 1992 GST Trust, a trust organized under the laws of South Dakota. Cygnus Partners, LLC is owned by Paul Schwan Family Trust 2013, a trust organized under the laws of South Dakota. The Trustee for both trusts is U.S. Bank, a citizen of South Dakota. In light of the foregoing, Cygnus Homes Service, LLC d/b/a Schwan's Home Service is a citizen of Minnesota and South Dakota.

7. Defendant Thomas A. Williams is a citizen of Indiana. [Compl., ¶4].

8. This is a wrongful death case in which the amount in controversy as to Plaintiffs' claims against Defendants is legally certain to exceed $75,000, exclusive of interest and costs.

9. Plaintiffs claim that Plaintiffs' decedent, Phillip Hall, sustained catastrophic and fatal injuries as a result of a motor vehicle accident on August 10, 2021 in Ohio County, Kentucky. [Compl., ¶8]. The Complaint alleges that Plaintiffs' decedent was injured due to the actions and/or inactions of Defendants.

10. In their Complaint, Plaintiffs seek unspecified damages for past and future personal injuries, including permanent bodily injuries and death, physical and mental pain and suffering, medical expenses, lost wages, destruction of earning capacity, funeral and burial expenses, and loss of services, assistance, aid, society, companionship, and conjugal relations. [Compl., ¶¶ 13-18]. Based on the claims in the Complaint, it is readily apparent that the amount in controversy will exceed $75,000, exclusive of interest and costs.

11. This Notice of Removal is timely filed because it is filed within thirty days of service of the initial pleading setting forth the claim for relief upon which the state lawsuit is based. 26 U.S.C. § 1446(b)(3). In addition, this Notice of Removal has been filed within one year of commencement of the state lawsuit as required by 28 U.S.C. § 1446(b).

12. A copy of all process, pleadings, and orders served as of the date of the filing of this Notice of Removal are attached hereto as **Exhibit A**.

13. Written notice of the filing of this Notice of Removal, the exhibits thereto, the Notice and Certificate were mailed to Plaintiffs' counsel today.

14. True and correct copies of all pleadings enumerated were filed with the Clerk of the Ohio Circuit Court today.

WHEREFORE, Defendants, Cygnus Home Service, LLC d/b/a Schwan's Home Service and Thomas A. Williams respectfully remove this action from the Ohio Circuit Court to this Court for all future proceedings.

Respectfully submitted,

*/s/ Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed via the Court's electronic filing system on this 22nd day of July, 2022 with copies electronically mailed to the following:

Hon. Christopher L. Rhoads
115 East Second Street, Suite 100
P.O. Box 2023
Owensboro, KY  42302-2023
chris@rhoadsandrhoads.com
*Counsel for Plaintiffs*

*/s/ Jennifer Kincaid Adams*
*Counsel for Defendants*