# EXHIBIT A

COMMONWEALTH OF KENTUCKY
OHIO CIRCUIT COURT
DIVISION ____
CASE NO. 22-CI-_____

====*Electronically Filed*====

TONYA HALL, Individually and as                                    **PLAINTIFFS**
Administratrix of the ESTATE OF
PHILLIP HALL, Deceased

VS.                    **COMPLAINT AND JURY DEMAND**

CYGNUS HOME SERVICE, LLC d/b/a                              **DEFENDANTS**
SCHWAN'S HOME SERVICE;

and

THOMAS A. WILLIAMS

**SERVE:**    Cygnus Home Service, LLC d/b/a
             Schwan's Home Service
             c/o CT Corporation System
             306 West Main Street, Suite 512
             Frankfort, KY  40601

**SERVE:**    Kentucky Secretary of State
             State Capitol Building
             Frankfort, KY   40601
                         for:
             Thomas A. Williams
             828 Madison Street, #11
             Rockport, IN  47635-1267

        Plaintiffs, Tonya Hall, Individually, and as Administratrix of the Estate of Phillip

Hall, by counsel, for their cause of action against the Defendants, Cygnus Home

Service, LLC d/b/a Schwan's Home Service, and Thomas A. Williams, state as follows:

## COUNT I

### Parties, Jurisdiction, and Venue

1.      Plaintiff, Tonya Hall, is a resident of Ohio County, Kentucky, whose mailing address is 864 State Route 54 East, Fordsville, Kentucky, 42343. At all times relevant herein, Tonya Hall was married to the decedent, Phillip Hall.

2.      Plaintiff, Tonya Hall, is the duly-appointed Administratrix of the Estate of Phillip Hall by Order of the Ohio District Court entered October 19, 2021. A copy of said Order is attached as Exhibit A. At the time of his death on August 10, 2021, Phillip Hall was a resident of Ohio County, Kentucky.

3.      Defendant, Cygnus Home Service, LLC d/b/a Schwan's Home Service, is a Minnesota limited liability company authorized to do business in the Commonwealth of Kentucky, whose sole member/manager is a resident of the State of Minnesota. Its principal place of business is located at 115 West College Drive, Marshall, Minnesota, 46258; and its registered agent in Kentucky is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, Kentucky, 40601.

4.      Defendant, Thomas A. Williams, is a resident of Indiana, whose mailing address is 828 Madison Street, #11, Rockport, Indiana, 47635-1267. Pursuant to KRS 188.020, KRS 454.210(2)(a)(3), and KRS 454.210(3)(a)(3), the Kentucky Secretary of State is deemed the agent for service of process for Defendant, Thomas A. Williams.

5.      Venue is proper in this Court as the acts and omissions complained of herein occurred in Ohio County, Kentucky.

6.      Jurisdiction is proper in this Court as the damages sought herein by each Plaintiff exceeds the jurisdictional minimum of this Court.

2

D0C3120B-8593-4A4C-9842-93A9D9880467 : 000002 of 000010

Presiding Judge: HON. TIM R. COLEMAN (638371)

COM : 000002 of 000007

7.     The Plaintiff's decedent meets and exceeds the threshold provisions of the Kentucky Motor Vehicle Reparations Act.

## Actionable Occurrence

8.     On or about August 10, 2021, Phillip Hall was operating his 2004 Honda Reflex scooter in the westbound lane of State Route 54 in Ohio County, Kentucky. Defendant, Thomas A. Williams, was operating a 2018 Ford Econoline Schwan's delivery van in the eastbound lane of State Route 54.  Both vehicles were approaching the location of the Haley's Junction convenience store.  Near the parking lot entrance of the convenience store on State Route 54, Defendant, Thomas A. Williams, negligently proceeded to make a left turn and drove the Schwan's delivery van directly into the path of Phillip Hall's scooter.

9.     To avoid a collision with the Schwan's delivery van, Phillip Hall applied the scooter's brakes, and the scooter tipped over, spilling Phillip Hall's body onto the highway, where he rolled uncontrollably toward the Schwan's delivery van, which was making a left-hand turn across and through Phillip Hall's lane of travel.  The Schwan's delivery vehicle hit and ran over Phillip Hall.  Phillip Hall suffered catastrophic and ultimately fatal injuries.

10.    Defendant, Thomas A. Williams, was careless and negligent in the operation of the Schwan's delivery van, causing the same to collide with and run over Phillip Hall.

11.    The carelessness, negligence, and recklessness of Defendant, Thomas A. Williams, directly caused the bodily injuries and death of Plaintiff's decedent, Phillip Hall,

3

DOC3120B-8593-4A4C-9842-93A9D9880467 : 000003 of 000010

Presiding Judge: HON. TIM R. COLEMAN (638371)

COM : 000003 of 000007

and caused the decedent, his Estate, and Tonya Hall to suffer harms, losses, and damages as set forth herein.

12.     The negligence of Defendant, Thomas A. Williams, was the sole and proximate cause of this incident and caused catastrophic and ultimately fatal bodily injuries to Phillip Hall.

13.     As a direct result of the negligence of Defendant, Thomas A. Williams, Phillip Hall suffered permanent bodily injuries and death.

14.     As a direct result of the negligence of Defendant, Thomas A. Williams, Phillip Hall suffered physical and mental pain and suffering prior to his death.

15.     As a direct result of the negligence of the Defendant, Thomas A. Williams, the Estate of Phillip Hall incurred medical expenses.

16.     As a direct result of the negligence of the Defendant, Thomas A. Williams, Phillip Hall lost wages and his earning capacity was destroyed.

17.     As a direct result of the negligence of the Defendant, Thomas A. Williams, the Estate of Phillip Hall incurred expenses for the funeral and burial.

18.     As a direct result of the negligence of the Defendant, Thomas A. Williams, Plaintiff, Tonya Hall, has suffered and will continue in the future to suffer the loss of services, assistance, aid, society, companionship, and conjugal relations of her spouse, Phillip Hall.

SEE DEMANDS AT THE END OF ALL COUNTS.

### COUNT II

19.     All of the allegations in Count I are incorporated herein by reference.

DOC3120B-8593-4A4C-9842-93A9D9880467 : 000004 of 000010

Presiding Judge: HON. TIM R. COLEMAN (638371)

COM : 000004 of 000007

4

20.     At all times relevant to the matters set forth in the Complaint herein, Defendant,  Thomas A. Williams, was an employee of Defendant. Cygnus Home Service, LLC d/b/a Schwan's Home Service.

21.     At all times relevant herein, the Schwan's delivery van operated by Defendant, Thomas A. Williams, was owned by ARI Fleet, LT; leased to Defendant, Cygnus Home Service, LLC d/b/a Schwan's Home Service; and was being operated under USDOT authority No. 108029 granted to Cygnus, LLC d/b/a Schwan's Home Service.

22.     At all times relevant to the matters set forth in the Complaint herein, Defendant, Thomas A. Williams, was acting within the course and scope of his employment/agency with Defendant, Cygnus Home Service, LLC d/b/a Schwan's Home Service.

23.     Defendant. Cygnus Home Service, LLC d/b/a Schwan's Home Service., is responsible for the careless, negligent, and reckless conduct of Defendant, Thomas A. Williams, under the principles of *respondeat superior* and vicarious liability.

24.     As the employer of Defendant, Thomas A. Williams, who was acting as an agent, representative, and/or employee of Defendant, Cygnus Home Service, LLC d/b/a Schwan's Home Service, the Defendant. Cygnus Home Service, LLC d/b/a Schwan's Home Service, is liable for the damages described herein.

SEE DEMANDS AT THE END OF ALL COUNTS.

## COUNT III

25.     All of the allegations in Counts I and II are incorporated herein by reference

5

DOC3120B-8593-4A4C-9842-93A9D9880467 : 000005 of 000010

Presiding Judge: HON. TIM R. COLEMAN (638371)

COM : 000005 of 000007

26.     At all times relevant to the matters set forth in the Complaint herein Defendant, Cygnus Home Service, LLC d/b/a Schwan's Home Service, was careless, negligent, and reckless in its actions and inactions regarding, but not limited to, the hiring of Thomas Williams, the retention of Thomas Williams, and the entrustment of the delivery van to Thomas Williams which caused the harms, losses, and damages to Phillip Hall, the Estate of Phillip Hall, and Tonya Hall as described herein.

**WHEREFORE,** Plaintiffs, Tonya Hall, Individually, and as Administratrix of the Estate of Phillip Hall, prays for judgment against Defendant, Thomas A. Williams, and Defendant, Cygnus Home Service, LLC d/b/a Schwan's Home Service, as follows

A.      In such an amount as will reasonably compensate the Estate of Phillip Hall for the physical and mental pain and suffering Phillip Hall endured prior to his death;

B.      For payment of Phillip Hall's medical expenses necessitated by the injuries and death which he suffered;

C.      In such an amount as will reasonably compensate for lost wages and the destruction of Phillip Hall's ability to earn income;

D.      In such an amount as will reasonably compensate Tonya Hall for the loss of her husband's services, assistance, aid, society, companionship, and conjugal relations, past and future;

E.      For Plaintiffs' costs herein expended;

F.      For a trial by jury on all issues so triable; and

G.      For all other just and proper relief to which it may appear to the Court Plaintiffs are entitled.

6

D0C3120B-8593-4A4C-9842-93A9D9880467 : 000006 of 000010

Presiding Judge: HON. TIM R. COLEMAN (638371)

COM : 000006 of 000007

This 24th day of June, 2022.

RHOADS & RHOADS, P.S.C.

*/s/ Christopher L. Rhoads*
Christopher L. Rhoads
115 East Second Street, Suite 100
P.O. Box 2023
Owensboro, KY   42302-2023
Tel:    (270) 683-4600
Fax:    (270) 683-1653
Email: chris@rhoadsandrhoads.com

ATTORNEYS FOR PLAINTIFF

7

D0C3120B-8593-4A4C-9842-93A9D9880467 : 000007 of 000010

Presiding Judge: HON. TIM R. COLEMAN (638371)

COM : 000007 of 000007

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14 |  | NOT ORIGINAL DOCUMENT<br>07/12/2022   Case #: 22-CI-00176<br>85767   Court:   **CIRCUIT** |
| Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov* | | County:   **OHIO** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **HALL, TONYA VS. CYGNUS HOME SERVICE, LLC D/B/A SCHWAN'S H ET**, *Defendant*

TO:   **THOMAS A WILLIAMS**
    **828 MADISON ST, #11**
    **ROCKPORT, IN 476351267**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Sharon Kirtley*

Ohio Circuit Clerk
Date: **6/27/2022**

Presiding Judge: HON. TIM R. COLEMAN (638371)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____    _____
                                    Served By

                                       _____
                                       Title

CI : 000001 of 000001

Summons ID: @00000071340
CIRCUIT: 22-CI-00176 Long Arm Statute – SOS - Restricted Delivery
HALL, TONYA VS. CYGNUS HOME SERVICE, LLC D/B/A SCHWAN'S H ET




eFiled

| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>07/22/2022   **22-CI-00176**<br>85787<br>Case #: **22-CI-00176**<br>Court:  **CIRCUIT**<br>County: **OHIO** |

---

*Plantiff,* **HALL, TONYA VS. CYGNUS HOME SERVICE, LLC D/B/A SCHWAN'S H ET**, *Defendant*

TO:  **CT CORPORATION SYSTEM**

 **306 WEST MAIN ST, SUITE 512**

 **FRANKFORT, KY 40601**

Memo: Related party is CYGNUS HOME SERVICE, LLC D/B/A SCHWAN'S H

The Commonwealth of Kentucky to Defendant:
**CYGNUS HOME SERVICE, LLC D/B/A SCHWAN'S H**

 You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Sharron Kirtley*

Ohio Circuit Clerk
Date: **6/27/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

 To: _____

☐ Not Served because: _____

 Date: _____, 20 _____      _____
                                                                          Served By

                                                                          _____
                                                                          Title

Summons ID: @00000071341
CIRCUIT: 22-CI-00176 Certified Mail
HALL, TONYA VS. CYGNUS HOME SERVICE, LLC D/B/A SCHWAN'S H ET



Page 1 of 1

*Presiding Judge: HON. TIM R. COLEMAN (638371)*

*CI : 000001 of 000001*

eFiled

Filed 07/04/2022 Shannon Kirtley, Ohio Circuit Clerk

NOT ORIGINAL DOCUMENT
07/22/2022 08:42:47 AM
85787

**UNITED STATES**
**POSTAL SERVICE**™

Date Produced: 07/04/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8380 8507 43. Our records indicate that this item was delivered on 07/01/2022 at 07:41 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:    C3519536.20688397

Filed        22-CI-00176        07/04/2022        Shannon Kirtley, Ohio Circuit Clerk

Filed          22-CI-00176          07/18/2022          Shannon Kirtley, Ohio Circuit Clerk

COMMONWEALTH OF KENTUCKY
OHIO CIRCUIT COURT
CIVIL ACTION NO. 22-CI-00176
[*Electronically Filed*]

TONYA HALL, Individually and as                                                    PLAINTIFFS
Administratrix of the ESTATE OF
PHILLIP HALL, Deceased

v.

CYGNUS HOME SERVICE, LLC                                                        DEFENDANTS
d/b/a SCHWAN'S HOME SERVICE, et al.

\* \* \* \* \*

## ANSWER OF DEFENDANTS

Defendants, Cygnus Home Service, LLC d/b/a Schwan's Home Service and Thomas A. Williams (hereinafter collectively referred to as "Defendants"), by counsel, for their Answer to Plaintiffs' Complaint, respectfully state as follows:

## FIRST DEFENSE

Plaintiffs' Complaint fails, in whole or in part, to state a claim upon which relief can be granted and should, therefore, be dismissed in its entirety with prejudice.

## SECOND DEFENSE

At the time and on the occasion described in the Complaint, the Plaintiffs and/or Plaintiffs' decedent may have been guilty of negligence or fault, which was a substantial factor in causing and bringing about the incident in controversy and alleged damages; and that but for the comparative negligence and fault on the part of the Plaintiffs and/or Plaintiffs' decedent, the incident would not have occurred and damages, if any, would not have been sustained. Defendants rely on such negligence as a complete or partial bar to this action.

Filed          22-CI-00176          07/18/2022          Shannon Kirtley, Ohio Circuit Clerk

Filed          22-CI-00176      07/18/2022      Shannon Kirtley, Ohio Circuit Clerk

### THIRD DEFENSE

The incident in controversy and alleged damages, if any, may have been caused and brought about by and were the proximate result of a superseding and intervening negligent act, or negligent failure to act, on the part of someone other than Defendants and that but for this superseding and intervening cause, the incident and any alleged damages would not have been sustained. Subject to what discovery may reveal, Defendants rely upon this superseding and intervening act as a partial and/or complete bar to any recovery herein.

### FOURTH DEFENSE

Defendants affirmatively plead that the Plaintiffs' Complaint is barred by the provisions of the Kentucky Motor Vehicle Reparations Act, as contained in Subtitle 39 of Chapter 304 of the Kentucky Revised Statutes, and incorporate each and all defenses under the Act which will be set out more specifically as proof will reveal. Moreover, Plaintiffs are unable to, and should be prohibited from claiming and/or collecting any damages which were paid or payable as basic reparation benefits under the Kentucky Motor Vehicle Reparations Act.

### FIFTH DEFENSE

Plaintiffs' claims may be barred in whole or in part by one or more of all of the affirmative defenses of failure to name indispensable parties, failure to mitigate damages, assumption of risk, release, waiver, estoppel, disclaimer, the statute of limitations, lack of jurisdiction and venue, insufficiency of process, insufficiency of service of process, contributory negligence and any other matter constituting avoidance or affirmative defense as discovery may reveal pursuant to Kentucky Rules of Civil Procedure 8.03 and 12 and their federal counterparts.

8CC3DF23-6258-4740-9BD9-626A343AE404 : 000004 of 000011

ANS : 000002 of 000007

2

Filed          22-CI-00176          07/18/2022          Shannon Kirtley, Ohio Circuit Clerk

### SIXTH DEFENSE

Plaintiffs' Complaint may fail, in whole or in part, for lack of standing, lack of capacity to sue, failure to name a real party in interest, lack of a real case in controversy, and/or the equitable doctrine of laches.

### SEVENTH DEFENSE

As an affirmative defense, Defendants state that Plaintiffs' claims may be barred in whole or in part to the extent that the alleged incident was the result of a sudden emergency and/or an unavoidable accident.

### EIGHTH DEFENSE

Defendants affirmatively state that any damages allegedly sustained by Plaintiffs may be the result of the Plaintiffs' or Plaintiffs' decedent's own actions, omissions or wrongdoing or the actions, omissions or wrongdoing of other individuals for whom Defendants are not liable. Defendants rely upon the negligence/fault of the Plaintiffs, Plaintiffs' decedent, or third persons or entities, if any, as a partial and/or complete bar to any recovery.

### NINTH DEFENSE

The injuries and damages alleged in the Complaint may have been caused in whole or in part by the primary, active, superseding, intervening negligence and/or intentional acts of third persons or entities for which Defendants have no liability, responsibility, direction or control and Plaintiffs' claims may, therefore, be barred or reduced in proportion to the fault attributable to persons or entities other than Defendants.

### TENTH DEFENSE

At all times, Defendants acted in a reasonably prudent manner and in accordance with the applicable legal standard of care.

3

8CC3DF23-6258-4740-9BD9-626A343AE404 : 000005 of 000011

ANS : 000003 of 000007

Filed          22-CI-00176       07/18/2022        Shannon Kirtley, Ohio Circuit Clerk

### ELEVENTH DEFENSE

The Complaint demands relief that is not recoverable under applicable law and Defendants raise this as an affirmative defense.

### TWELTH DEFENSE

Subject to what discovery may reveal, Defendants plead and assert that the injuries and damages alleged in the Complaint, if any, were caused and brought about by and were the proximate result of a pre-existing condition, which condition existed prior to the date of the incident, and/or a subsequently occurring injury and/or condition, and but for said pre-existing and/or subsequently occurring injury or condition, Plaintiffs' injuries and damages would not and could not have occurred, or in the alternative, would not and could not have been as extensive as alleged in Plaintiffs' Complaint. Defendants rely upon said pre-existing and/or subsequently occurring injury or condition as a complete or partial bar to any recovery by Plaintiffs on the Complaint filed herein.

### THIRTEENTH DEFENSE

To the extent that there exists any person or entity who has paid any amounts to or for the benefit of Plaintiffs or Plaintiffs' decedent on account of events or injuries or damages alleged in the Complaint and who have not been properly notified of their subrogation rights, Plaintiffs have failed to comply with KRS 411.188 and the Complaint is barred. Alternatively, Plaintiffs are precluded from recovery of amounts which are the subject of subrogation rights. Moreover, to the extent such person or entity exists, Plaintiffs are not the real party in interest to the extent of any such payment.

8CC3DF23-6258-4740-9BD9-626A343AE404 : 000006 of 000011

ANS : 000004 of 000007

4

Filed          22-CI-00176        07/18/2022        Shannon Kirtley, Ohio Circuit Clerk

8CC3DF23-6258-4740-9BD9-626A343AE404 : 000007 of 000011

ANS : 000005 of 000007

## FOURTEENTH DEFENSE

As an affirmative defense, Defendants specifically plead that the Plaintiffs' Complaint may be barred by the provisions of the Tort Reform Act of 1988, as contained in Chapter 411 of the Kentucky Revised Statutes.

## FIFTEENTH DEFENSE

As an affirmative defense, Defendants plead the doctrine of accord and satisfaction, and the terms of any release or settlement and/or contractual agreement entered into by any parties to this action, including any and all contractual agreements of any kind or nature whatsoever that purport to release any claim or claims made against Defendants, regardless of when said agreement is finalized and/or executed, including any and all such agreements that may be executed in favor of Defendants by any party, at any time, past, present, or in the future.

## SIXTEENTH DEFENSE

As an affirmative defense, Defendants state that Plaintiffs' medical expense claims are barred to the extent that total medical bills exceed the amount actually paid by any collateral source.

## SEVENTEENTH DEFENSE

In response to numerical paragraphs, Defendants state:

1.     Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in numerical paragraphs 1, 2, 5, 6, and 7 of Plaintiffs' Complaint, and, therefore, deny same.

2.     In response to the allegations contained in numerical paragraph 3 of Plaintiff's Complaint, Defendants admit that Cygnus Home Service, LLC is a foreign limited liability company authorized to do business in the Commonwealth of Kentucky and that its registered agent

5

Filed          22-CI-00176        07/18/2022        Shannon Kirtley, Ohio Circuit Clerk

for service of process is CT Corporation System. Defendants deny the remaining allegations in paragraph 3.

    3.      In response to the allegations contained in numerical paragraph 4 of Plaintiffs' Complaint, Defendants admit that Thomas A. Williams is a resident of Indiana and resides at the stated address. The remaining allegations in paragraph 4 are statements of Plaintiffs' opinion of the law to which no response is required.  In the event a response is required, Defendants deny the allegations.

    4.      Defendants deny the allegations contained in numerical paragraphs 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 24, and 26 of Plaintiff's Complaint.

    5.      In response to numerical paragraphs 19 and 25 of Plaintiffs' Complaint, Defendants incorporate by reference as if fully set forth herein their responses to all preceding paragraphs of Plaintiffs' Complaint.

    6.      In response to the allegations contained in numerical paragraph 20 of Plaintiffs' Complaint, Defendants admit that Thomas A. Williams was an employee of Cygnus Home Service, LLC d/b/a Schwan's Home Service at all relevant times.

    7.      In response to the allegations contained in numerical paragraphs 21 and 22 of Plaintiffs' Complaint, Defendants deny that the subject vehicle was a van but they admit all remaining allegations in paragraphs 21 and 22.

    8.      In response to the allegations contained in numerical paragraph 23 of Plaintiffs' Complaint, Defendants specifically deny that Thomas A. Williams's conduct was careless, negligent or reckless. Defendants deny all remaining allegations in paragraph 23.

    9.      Each and every allegation of Plaintiffs' Complaint not specifically admitted herein is hereby expressly denied.

Filed          22-CI-00176        07/18/2022        Shannon Kirtley, Ohio Circuit Clerk

8CC3DF23-6258-4740-9BD9-626A343AE404 : 000008 of 000011

ANS : 000006 of 000007

Defendants reserve the right to supplement this Answer to Plaintiffs' Complaint and to plead any and all additional defenses and affirmative defenses that arise during the course of the litigation.

WHEREFORE, Defendants, Cygnus Home Service, LLC d/b/a Schwan's Home Service and Thomas A. Williams, demand as follows:

1.      Plaintiffs' Complaint be dismissed with prejudice;

2.      Fault be apportioned pursuant to KRS 411.182;

3.      For their costs herein expended;

4.      Trial by jury on all issues so triable; and

5.      For any and all other relief to which they may be entitled.

Respectfully submitted,

/s/ Jennifer Kincaid Adams
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
jadams@bdblawky.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 18th day of July, 2022. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Christopher L. Rhoads
115 East Second Street, Suite 100
P.O. Box 2023
Owensboro, KY  42302-2023
chris@rhoadsandrhoads.com
Counsel for Plaintiffs

/s/ Jennifer Kincaid Adams
Counsel for Defendants

Filed          22-CI-00176     07/18/2022     Shannon Kirtley, Ohio Circuit Clerk

COMMONWEALTH OF KENTUCKY
OHIO CIRCUIT COURT
CIVIL ACTION NO. 22-CI-00176
[*Electronically Filed*]

TONYA HALL, Individually and as                                    PLAINTIFFS
Administratrix of the ESTATE OF
PHILLIP HALL, Deceased

v.

CYGNUS HOME SERVICE, LLC                                           DEFENDANTS
d/b/a SCHWAN'S HOME SERVICE, et al.

### <u>NOTICE OF APPEARANCE</u>

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendants Cygnus Home Service,

LLC d/b/a Schwan's Home Service and Thomas A. Williams:

    Jennifer Kincaid Adams
    Blackburn, Domene & Burchett, PLLC
    614 West Main Street, Suite 3000
    Louisville, KY  40202
    502-584-1600 phone
    502-584-9971 fax
    jadams@bdblawky.com

    I certify that I am admitted to practice in this Court.

                Respectfully submitted,


                /s/ *Jennifer Kincaid Adams*
                Jennifer Kincaid Adams
                Blackburn Domene & Burchett, PLLC
                614 W. Main Street, Suite 3000
                Louisville, KY  40202
                Phone:  502-584-1600
                Fax:  502-584-9971
                jadams@bdblawky.com
                *Counsel for Defendants*

8CC3DF23-6258-4740-9BD9-626A343AE404 : 000001 of 000011

EA : 000001 of 000002

Filed 22-CI-00176 07/18/2022 Shannon Kirtley, Ohio Circuit Clerk

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 18th day of July, 2022, and counsel of record, as indicated below, was served. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Christopher L. Rhoads
115 East Second Street, Suite 100
P.O. Box 2023
Owensboro, KY 42302-2023
chris@rhoadsandrhoads.com
*Counsel for Plaintiffs*

*/s/ Jennifer Kincaid Adams*_____
*Counsel for Defendants*

8CC3DF23-6258-4740-9BD9-626A343AE404 : 000002 of 000011

EA : 000002 of 000002

Filed 22-CI-00176 07/18/2022 Shannon Kirtley, Ohio Circuit Clerk

Filed 22-CI-00176 07/18/2022 Shannon Kirtley, Ohio Circuit Clerk

COMMONWEALTH OF KENTUCKY
OHIO CIRCUIT COURT
CIVIL ACTION NO. 22-CI-00176
[*Electronically Filed*]

TONYA HALL, Individually and as              PLAINTIFFS
Administratrix of the ESTATE OF
PHILLIP HALL, Deceased

v.

CYGNUS HOME SERVICE, LLC              DEFENDANTS
d/b/a SCHWAN'S HOME SERVICE, et al.

### NOTICE OF SERVICE

Defendant, Cygnus Home Service, LLC d/b/a Schwan's Home Service, by and through counsel, hereby gives Notice of Service of its First Set of Interrogatories and Request for Production of Documents Propounded to Plaintiffs by electronic mail on July 18, 2022.

Respectfully submitted,

/s/ *Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

Filed          22-CI-00176          07/18/2022          Shannon Kirtley, Ohio Circuit Clerk

**<u>CERTIFICATE OF SERVICE</u>**

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 18th day of July, 2022. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Christopher L. Rhoads
115 East Second Street, Suite 100
P.O. Box 2023
Owensboro, KY  42302-2023
chris@rhoadsandrhoads.com
*Counsel for Plaintiffs*

/s/ Jennifer Kincaid Adams_____
*Counsel for Defendants*

8CC3DF23-6258-4740-9BD9-626A343AE404 : 000011 of 000011

NO : 000002 of 000002

Filed          22-CI-00176          07/18/2022          Shannon Kirtley, Ohio Circuit Clerk